Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28332−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Corey Goodall                                  Natasha S. Goodall
1767 Van Cortland Ter                          fka Natasha Brown
Teaneck, NJ 07666−6229                         1767 Van Cortland Ter
                                               Teaneck, NJ 07666−6229

Social Security No.:
  xxx−xx−2646                                  xxx−xx−0302
Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 8, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 88 − 82
Order Granting Application For Compensation for Scott J. Goldstein, fees awarded: $1,300.00, expenses awarded: $71.97 (Related Doc # 82). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/8/2021. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 8, 2021
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 18-28332-RG

Corey Goodall                                                                          Chapter 13

Natasha S. Goodall

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                   Page 1 of 2
Date Rcvd: Sep 08, 2021                    Form ID: orderntc                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Corey Goodall, Natasha S. Goodall, 1767 Van Cortland Ter, Teaneck, NJ 07666-6229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 08 2021 20:35:58 | CAPITAL ONE Auto Finance a division of Capital One, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

**Name**                **Email Address**

Alexandra T. Garcia
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Andrew M. Lubin
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: orderntc | Total Noticed: 2 |

Andrew M. Lubin
    on behalf of Creditor Bayview Loan Servicing  LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis T. Tarlecki
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa S DiCerbo
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Scott J. Goldstein
    on behalf of Debtor Corey Goodall sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Scott J. Goldstein
    on behalf of Joint Debtor Natasha S. Goodall sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12