| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SCOTT J. GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Natasha Goodall and Corey Goodall, Debtors | Order Filed on September 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re:<br><br>   Natasha Goodall<br>   Corey Goodall,<br><br>                                   Debtors | Case No.: | 18-28332 |
|---|---|---|
| | Chapter: | 13 |
| | Judge: | RG |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: September 8, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) or has been rendered, and no objections having been raised it is:

ORDERED that __Scott J. Goldstein__ the applicant, is allowed a fee of $ __1300.00__ for services rendered and expenses in the amount of $ __71.97__ for a total of $ __1371.97__ The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ __4170.00__ per month for __24__ months to allow for payment of the above fee.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28332-RG |
| Corey Goodall | Chapter 13 |
| Natasha S. Goodall | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Corey Goodall, Natasha S. Goodall, 1767 Van Cortland Ter, Teaneck, NJ 07666-6229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Bayview Loan Servicing  LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Francis T. Tarlecki
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa S DiCerbo
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Scott J. Goldstein
    on behalf of Debtor Corey Goodall sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Scott J. Goldstein
    on behalf of Joint Debtor Natasha S. Goodall sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12