| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A* | |
| In Re:<br><br>Corey Goodall<br><br>Natasha S. Goodall f/k/a Natasha Brown,<br><br>    Debtor. | Case No.: 18-28332 (RG)<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Elizabeth K. Holdren, Esq.
                         Hill WallackLLP
                         21 Roszel Road
                         P.O. Box 5226
                         Princeton, NJ 08543

    DOCUMENTS:

    ☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☑  All documents and pleadings of any nature.

DATED:  November 1, 2021                         HILL WALLACK LLP

                                                        By: */s/ Elizabeth K. Holdren*
                                                           Elizabeth K. Holdren