| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: eholdren@hillwallack.com <br> *Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A* | |
| In Re: <br><br> Corey Goodall and Natasha S. Goodall fka Natasha Brown, <br><br>                    Debtor. | Case No.: 18-28332 (RG) <br><br> Chapter: 13 <br><br> Hearing: December 15, 2021 at 10 a.m. <br><br> Judge: Rosemary Gambardella, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Kimberly Gardiner:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 22, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Motion for Relief from Stay, Statement as to Why No Brief if Necessary, Certification, proposed Order.***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                           */s/     Kimberly Gardiner___*
                                                               Kimberly Gardiner

Dated: December 10, 2021

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott J. Goldstein, Esq.<br>280 West Main Street<br>Denville, NJ 07834 | Debtors' Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Corey Goodall<br>1767 Van Cortland Ter<br>Teaneck, NJ 07666-6229 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Natasha S. Goodall<br>1767 Van Cortland Ter<br>Teaneck, NJ 07666-6229 | Joint Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.