

March 2, 2023

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAR -8  A 6: 29

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

Bankruptcy Clerk's office
MLK Jr Federal Building
50 Walnut Street
Newark NJ 07102

18-28322-RG
Corey Goodall
Natasha S Goodall

This communication is to advise you of the following changes made within our organization.

Effective March 2022, The Payment & Account Services Team (formerly *Student Account Center*) supporting Chamberlain University has relocated to a new facility.

The new address is:

**Adtalem Global Education**
**Payment & Account Services**
**1221 N Swift Road, Suite 200**
**Addison, IL 60101**

Please update your records to reflect the above changes.

Sincerely,
Jennifer Furlong
Manager, Institutional Support Services

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Corey Goodall<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ███-██-2646<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | Natasha S. Goodall<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ███-██-0302<br>EIN: __-_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13    9/13/18 |
| Case number: | 18-28332-RG | |

~~Official Form 309I~~

## Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Corey Goodall | Natasha S. Goodall |
| 2. | All other names used in the last 8 years | | fka Natasha Brown |
| 3. | Address | 1767 Van Cortland Ter<br>Teaneck, NJ 07666-6229 | 1767 Van Cortland Ter<br>Teaneck, NJ 07666-6229 |
| 4. | Debtor's attorney<br>Name and address | Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834 | Contact phone 973-453-2838 |
| 5. | Bankruptcy trustee<br>Name and address | Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Contact phone 973-227-2840<br>www.magtrustee.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676-6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973-645-4764<br>Date: 9/14/18 |

For more information, see page 2



Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 1



Bankruptcy Clerk office
MLK Jr federal Building
50 Walnut Street
Newark NJ 07102