Debtor 1    **COREY GOODALL**
Name                                                    Case number *(if known)*   **18-28332**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **COREY GOODALL** |
| Debtor 2 (Spouse, if filing) | **NATASHA S. GOODALL** |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **18-28332** |

## Form 4100N

# Notice of Final Cure Payment                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known):   11

**Last 4 digits** of any number you use to identify the debtor's account    1  6  8  5

**Property Address:**    1767 VAN CORTLAND TERR
TEANECK, NJ  07666

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. | Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $102,615.89 |
| b. | Prepetition arrearage paid by the trustee: | (b) $102,615.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) SEE REGISTRY IF APPLICABLE |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $0.00 |
| e. | Allowed postpetition arrearage: | (e) $0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $102,615.89 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **COREY GOODALL** | Case number *(if known)* | **18-28332** |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date _____10/10/2023_____

_____
Signature

Trustee      Marie-Ann Greenberg

Address      30 TWO BRIDGES ROAD
             SUITE 330
             FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840

---

| Debtor 1 | **COREY GOODALL** | Case number *(if known)* | **18-28332** |
| | Name | | |

**18-28332**

---

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

Debtor(s):

COREY GOODALL                                    NATASHA S. GOODALL
1767 VAN CORTLAND TER
TEANECK, NJ  07666-6229


Debtor(s) Counsel:
SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN,
LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834


Creditor:

HILL WALLACK LLP                                 SHELLPOINT MORTGAGE SERVICING
21 ROSZEL ROAD                                   PO BOX 10826
P.O. BOX 5226                                    GREENVILLE, SC  29603-0826
PRINCETON, NJ  08543


Date:    10/10/2023                              /s/  CharlesDArrigo

                                                    30 TWO BRIDGES ROAD
                                                    SUITE 330
                                                    FAIRFIELD, NJ  07004-1550