Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 10, 2023

**Chapter 13 Case # 18-28332**

Re:  COREY GOODALL  
NATASHA S. GOODALL  
1767 VAN CORTLAND TER  
TEANECK, NJ  07666-6229

Atty:  SCOTT J. GOLDSTEIN  
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
280 WEST MAIN STREET  
DENVILLE, NJ  07834

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $232,178.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2018 | $3,200.00 | 5390536000 | 12/03/2018 | $3,200.00 | 5442769000 |
| 12/31/2018 | $3,200.00 | 5498982000 | 01/31/2019 | $3,200.00 | 5581623000 |
| 03/04/2019 | $3,200.00 | 5673271000 | 03/29/2019 | $3,200.00 | 5737653000 |
| 04/26/2019 | $3,200.00 | 5809538000 | 06/03/2019 | $3,200.00 | 5901357000 |
| 07/01/2019 | $3,200.00 | 5978339000 | 08/02/2019 | $3,200.00 | 6065677000 |
| 09/09/2019 | $3,200.00 | 6162303000 | 10/16/2019 | $3,200.00 | 541270168 |
| 11/18/2019 | $4,007.00 | 541443385 | 12/12/2019 | $4,007.00 | 541444566 |
| 01/08/2020 | $3,999.00 | 541445747 | 02/12/2020 | $4,007.00 | 5425400226 |
| 03/19/2020 | $4,007.00 | 542542004 | 05/05/2020 | $4,007.00 | 542543051 |
| 05/19/2020 | $4,007.00 | 541941748 | 06/15/2020 | $4,007.00 | 541942143 |
| 07/06/2020 | $4,110.00 | 6921036000 | 08/03/2020 | $4,110.00 | 6978614000 |
| 09/04/2020 | $4,110.00 | 7065868000 | 10/09/2020 | $4,110.00 | 7149866000 |
| 12/08/2020 | $4,110.00 | 544705288 | 01/20/2021 | $4,110.00 | 544706460 |
| 02/12/2021 | $4,110.00 | 544747353 | 03/23/2021 | $4,110.00 | 544708765 |
| 04/06/2021 | $4,110.00 | 545663046 | 08/03/2021 | $4,110.00 | 1828332-545935746 |
| 08/03/2021 | $4,110.00 | 1828332-545936782 | 08/03/2021 | $8,220.00 | 1828332-30351141 |
| 08/25/2021 | $4,170.00 | 30359568 | 09/22/2021 | $4,170.00 | 30365423 |
| 10/21/2021 | $4,170.00 | 30371175 | 11/16/2021 | $4,170.00 | 30375708 |
| 12/22/2021 | $4,170.00 | 30381592 | 01/19/2022 | $4,170.00 | 30386865 |
| 03/11/2022 | $4,170.00 | 30393263 | 03/17/2022 | $4,170.00 | 30397734 |
| 04/19/2022 | $4,170.00 | 30405457 | 05/17/2022 | $4,170.00 | 30410583 |
| 06/22/2022 | $4,170.00 | 30417331 | 07/19/2022 | $4,170.00 | 30422879 |
| 08/23/2022 | $4,170.00 | 30430367 | 09/21/2022 | $4,170.00 | 30437045 |
| 10/20/2022 | $4,170.00 | 30443478 | 11/22/2022 | $4,170.00 | 30448886 |
| 01/05/2023 | $4,170.00 | 30454095 | 01/23/2023 | $4,170.00 | 30460212 |
| 02/22/2023 | $4,170.00 | 30465823 | 03/16/2023 | $4,170.00 | 30470751 |
| 04/25/2023 | $4,170.00 | 30478677 | 05/19/2023 | $4,170.00 | 30484190 |
| 07/05/2023 | $4,170.00 | 9720220428 | 07/26/2023 | $4,170.00 | 9720220549 |

**Chapter 13 Case # 18-28332**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/30/2023 | $4,170.00 | 9720220664 | 10/02/2023 | $4,170.00 | 9720220813 |

**Total Receipts: $232,298.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $232,298.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 13,304.39 | |
| ATTY | ATTORNEY | ADMIN | 5,121.97 | 100.00% | 5,121.97 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 102,615.89 | 100.00% | 102,615.89 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,646.59 | * | 546.95 | |
| 0011 | CAPITAL ONE AUTO FINANCE | UNSECURED | 9,193.99 | * | 3,054.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CREDIT ACCEPTANCE CORPORATION | UNSECURED | 15,435.37 | * | 5,127.22 | |
| 0019 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | ADTALEM GLOBAL EDUCATION | UNSECURED | 2,057.97 | * | 683.60 | |
| 0021 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 45,341.16 | * | 15,061.12 | |
| 0025 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | FIRST JERSEY CU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0030 | UNITED STATES TREASURY/IRS | PRIORITY | 37,404.84 | 100.00% | 37,404.84 | |
| 0031 | LONG ISLAND UNIVERSITY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | MASSAGE ENVY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | NYS DEPARTMENT OF TAXATION AND FI | PRIORITY | 6,436.88 | 100.00% | 6,436.88 | |
| 0037 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | STATE OF NJ | PRIORITY | 6,327.73 | 100.00% | 6,327.73 | |
| 0040 | THE PORT AUTHORITY OF NY & NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 509.76 | * | 169.33 | |
| 0047 | VISIONS FEDERAL CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0050 | VISIONS FEDERAL CREDIT UNION | UNSECURED | 2,494.33 | * | 828.55 | |
| 0051 | UNITED STATES TREASURY/IRS | SECURED | 22,616.74 | 100.00% | 22,616.74 | |
| 0052 | UNITED STATES TREASURY/IRS | UNSECURED | 23,157.42 | * | 7,692.28 | |
| 0053 | LVNV FUNDING LLC | UNSECURED | 674.09 | * | 223.91 | |
| 0054 | STATE OF NJ | UNSECURED | 1,080.66 | * | 358.97 | |
| 0055 | NYS DEPARTMENT OF TAXATION AND FI | UNSECURED | 2,670.99 | * | 887.23 | |
| 0056 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $228,461.60**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ADTALEM GLOBAL EDUCATION | | | | | | | |
| | 03/13/2023 | $77.78 | 906894 | | 04/17/2023 | $77.78 | 908477 |
| | 05/15/2023 | $77.79 | 910107 | | 06/12/2023 | $76.96 | 911571 |
| | 08/14/2023 | $153.92 | 914599 | | 09/18/2023 | $76.95 | 916099 |
| ADTALEM GLOBAL EDUCATION/CHAMBERLAIN | | | | | | | |
| | 02/13/2023 | $142.42 | 905279 | | | | |

**Chapter 13 Case # 18-28332**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **BAYVIEW LOAN SERVICING** | | | | | | | |
| | 10/21/2019 | $24,370.00 | 835236 | | 11/18/2019 | $2,485.74 | 837326 |
| | 12/16/2019 | $3,112.61 | 839267 | | 01/13/2020 | $3,112.61 | 841144 |
| | 02/10/2020 | $3,106.40 | 843022 | | 03/16/2020 | $3,112.61 | 844926 |
| | 04/20/2020 | $3,112.61 | 846876 | | 06/15/2020 | $5,910.02 | 850471 |
| | 07/20/2020 | $3,037.10 | 852258 | | 08/17/2020 | $3,115.16 | 854132 |
| | 09/21/2020 | $3,115.16 | 855938 | | 10/19/2020 | $3,115.16 | 857825 |
| **CAPITAL ONE AUTO FINANCE** | | | | | | | |
| | 02/13/2023 | $636.26 | 905371 | | 03/13/2023 | $347.50 | 906985 |
| | 04/17/2023 | $347.49 | 908571 | | 05/15/2023 | $347.49 | 910190 |
| | 06/12/2023 | $343.81 | 911654 | | 08/14/2023 | $687.63 | 914694 |
| | 09/18/2023 | $343.82 | 916191 | | | | |
| **COMMUNITY LOAN SERVICING LLC** | | | | | | | |
| | 11/16/2020 | $3,115.16 | 859535 | | 01/11/2021 | $3,115.16 | 863151 |
| | 02/22/2021 | $3,115.16 | 864800 | | 03/15/2021 | $3,115.16 | 866675 |
| | 05/17/2021 | $6,230.33 | 870236 | | 06/02/2021 | ($6,230.33) | 0 |
| **CREDIT ACCEPTANCE CORPORATION** | | | | | | | |
| | 02/13/2023 | $1,068.19 | 905447 | | 03/13/2023 | $583.39 | 907060 |
| | 04/17/2023 | $583.39 | 908661 | | 05/15/2023 | $583.38 | 910263 |
| | 06/12/2023 | $577.23 | 911736 | | 08/14/2023 | $1,154.42 | 914776 |
| | 09/18/2023 | $577.22 | 916272 | | | | |
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 02/13/2023 | $35.28 | 905471 | | 03/13/2023 | $19.26 | 907080 |
| | 04/17/2023 | $19.27 | 908684 | | 05/15/2023 | $19.27 | 910284 |
| | 06/12/2023 | $19.06 | 911757 | | 08/14/2023 | $38.13 | 914796 |
| | 09/18/2023 | $19.06 | 916292 | | | | |
| **LVNV FUNDING LLC** | | | | | | | |
| | 02/13/2023 | $46.65 | 905669 | | 03/13/2023 | $25.47 | 907272 |
| | 04/17/2023 | $25.49 | 908885 | | 05/15/2023 | $25.48 | 910467 |
| | 06/12/2023 | $25.20 | 911947 | | 08/14/2023 | $50.42 | 914984 |
| | 09/18/2023 | $25.20 | 916481 | | | | |
| **NAVIENT SOLUTIONS, LLC.** | | | | | | | |
| | 02/13/2023 | $3,137.80 | 905741 | | 03/13/2023 | $1,713.70 | 907346 |
| | 04/17/2023 | $1,713.69 | 908959 | | 05/15/2023 | $1,713.67 | 910533 |
| | 06/12/2023 | $1,695.59 | 912017 | | 08/14/2023 | $3,391.11 | 915049 |
| | 09/18/2023 | $1,695.56 | 916547 | | | | |
| **NYS DEPARTMENT OF TAXATION AND FINANCE** | | | | | | | |
| | 12/13/2021 | $193.33 | 882934 | | 01/10/2022 | $508.27 | 884585 |
| | 02/14/2022 | $508.27 | 886302 | | 04/18/2022 | $1,032.59 | 889732 |
| | 05/16/2022 | $516.30 | 891408 | | 06/20/2022 | $516.30 | 893125 |
| | 07/18/2022 | $516.30 | 894788 | | 08/15/2022 | $516.30 | 896378 |
| | 09/19/2022 | $516.30 | 898001 | | 10/17/2022 | $516.29 | 899643 |
| | 11/14/2022 | $505.60 | 901205 | | 12/12/2022 | $505.59 | 902758 |
| | 02/13/2023 | $184.84 | 905797 | | 02/13/2023 | $85.44 | 905797 |
| | 03/13/2023 | $100.96 | 907400 | | 04/17/2023 | $100.95 | 909023 |
| | 05/15/2023 | $100.95 | 910590 | | 06/12/2023 | $99.88 | 912078 |
| | 08/14/2023 | $199.77 | 915102 | | 09/18/2023 | $99.88 | 916600 |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 02/13/2023 | $113.95 | 8003309 | | 03/13/2023 | $62.23 | 8003367 |
| | 04/17/2023 | $62.23 | 8003414 | | 05/15/2023 | $62.25 | 8003472 |
| | 06/12/2023 | $61.56 | 8003529 | | 08/14/2023 | $123.16 | 8003637 |
| | 09/18/2023 | $61.57 | 8003690 | | | | |

**Chapter 13 Case # 18-28332**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 12/13/2021 | $190.05 | 883190 | | 01/10/2022 | $499.65 | 884832 |
| | 02/14/2022 | $499.65 | 886548 | | 04/18/2022 | $1,015.09 | 889983 |
| | 05/16/2022 | $507.54 | 891645 | | 06/20/2022 | $507.54 | 893376 |
| | 07/18/2022 | $507.54 | 895003 | | 08/15/2022 | $507.54 | 896581 |
| | 09/19/2022 | $507.54 | 898221 | | 10/17/2022 | $507.55 | 899861 |
| | 11/14/2022 | $497.03 | 901422 | | 12/12/2022 | $497.02 | 902959 |
| | 02/13/2023 | $74.79 | 906006 | | 02/13/2023 | $83.99 | 906005 |
| | 03/13/2023 | $40.84 | 907591 | | 04/17/2023 | $40.84 | 909224 |
| | 05/15/2023 | $40.85 | 910762 | | 06/12/2023 | $40.41 | 912254 |
| | 08/14/2023 | $80.82 | 915260 | | 09/18/2023 | $40.42 | 916784 |
| UNITED STATES BANKRUPTCY COURT | | | | | | | |
| | 06/03/2021 | $6,230.33 | 871474 | | 06/04/2021 | ($6,230.33) | 871474 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 10/21/2019 | $5,371.20 | 8001281 | | 11/18/2019 | $547.86 | 8001323 |
| | 12/16/2019 | $686.03 | 8001362 | | 01/13/2020 | $686.03 | 8001404 |
| | 02/10/2020 | $684.65 | 8001441 | | 03/16/2020 | $686.03 | 8001481 |
| | 04/20/2020 | $686.03 | 8001529 | | 06/15/2020 | $1,302.58 | 8001647 |
| | 07/20/2020 | $669.38 | 8001710 | | 08/17/2020 | $686.59 | 8001769 |
| | 09/21/2020 | $686.59 | 8001832 | | 10/19/2020 | $686.59 | 8001890 |
| | 11/16/2020 | $686.59 | 8001946 | | 01/11/2021 | $686.59 | 8002061 |
| | 02/22/2021 | $686.59 | 8002118 | | 03/15/2021 | $686.59 | 8002170 |
| | 05/17/2021 | $1,373.17 | 8002272 | | 08/16/2021 | $719.27 | 8002427 |
| | 09/20/2021 | $2,868.17 | 8002474 | | 10/18/2021 | $580.32 | 8002522 |
| | 11/17/2021 | $586.49 | 8002576 | | 12/13/2021 | $1,123.45 | 8002628 |
| | 12/13/2021 | $363.40 | 8002628 | | 01/10/2022 | $2,953.58 | 8002677 |
| | 02/14/2022 | $2,953.58 | 8002731 | | 04/18/2022 | $6,000.43 | 8002837 |
| | 05/16/2022 | $3,000.21 | 8002890 | | 06/20/2022 | $3,000.21 | 8002942 |
| | 07/18/2022 | $3,000.21 | 8002992 | | 08/15/2022 | $3,000.21 | 8003040 |
| | 09/19/2022 | $3,000.21 | 8003095 | | 10/17/2022 | $3,000.21 | 8003145 |
| | 11/14/2022 | $2,938.03 | 8003196 | | 12/12/2022 | $2,938.03 | 8003251 |
| | 02/13/2023 | $496.48 | 8003361 | | 02/13/2023 | $1,602.59 | 8003361 |
| | 03/13/2023 | $875.26 | 8003412 | | 04/17/2023 | $875.24 | 8003467 |
| | 05/15/2023 | $875.24 | 8003525 | | 06/12/2023 | $865.99 | 8003577 |
| | 08/14/2023 | $1,731.96 | 8003689 | | 09/18/2023 | $866.00 | 8003748 |
| VISIONS FEDERAL CREDIT UNION | | | | | | | |
| | 02/13/2023 | $172.62 | 906315 | | 03/13/2023 | $94.27 | 907881 |
| | 04/17/2023 | $94.27 | 909546 | | 05/15/2023 | $94.29 | 911032 |
| | 06/12/2023 | $93.26 | 912547 | | 08/14/2023 | $186.57 | 915538 |
| | 09/18/2023 | $93.27 | 917069 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | | |
| | 09/20/2021 | $20,644.32 | 878476 | | 10/18/2021 | $3,339.48 | 880199 |
| | 11/17/2021 | $3,375.01 | 881864 | | 12/13/2021 | $2,091.26 | 883504 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: October 10, 2023.

Receipts: $232,298.00    -    Paid to Claims: $210,035.24    -    Admin Costs Paid: $18,426.36    =    Funds on Hand: $3,836.40

Base Plan Amount: $232,178.00    -    Receipts: $232,298.00    =    Total Unpaid Balance: **($120.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.