UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

Law Offices of Scott J. Goldstein LLC
280 W Main St
Denville, NJ 07834
Tel: (973) 453-2838
Fax:(973) 453-2869
sjg@sgoldsteinlaw.com

Scott J. Goldstein, Esq. (016472004)

In re:

    Corey Goodall and Natasha Goodall,
                     Debtors

Case No. 18-28332

Chapter: 13

Judge: Rosemary Gambardella

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Corey Goodall_____, Debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/9/23

_Corey Goodall_
Corey Goodall
Debtor's Signature

**IMPORTANT:**

- Each Debtor in a joint case must file a separate Certification in Support of Discharge.
- discharge will not be entered for a Debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

Law Offices of Scott J. Goldstein LLC
280 W Main St
Denville, NJ 07834
Tel: (973) 453-2838
Fax:(973) 453-2869
sjg@sgoldsteinlaw.com

Scott J. Goldstein, Esq. (016472004)

In re:

    Corey Goodall and Natasha Goodall,
                               Debtors

Case No. 18-28332

Chapter: 13

Judge: Rosemary Gambardella

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Natasha Goodall_____, Debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/9/23

Natasha Goodall
Debtor's Signature

**IMPORTANT:**

- Each Debtor in a joint case must file a separate Certification in Support of Discharge.
- discharge will not be entered for a Debtor who fails to file a **completed** Certification in Support of Discharge.