Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−28332−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Corey Goodall                                     Natasha S. Goodall
   1767 Van Cortland Ter                    fka Natasha Brown
   Teaneck, NJ 07666−6229                 1767 Van Cortland Ter
                                                        Teaneck, NJ 07666−6229

Social Security No.:
  xxx−xx−2646                                       xxx−xx−0302
Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Corey Goodall and Natasha S. Goodall
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 1, 2023
JAN: lc

                                                                                  Jeanne Naughton, Clerk