**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Corey Goodall | Social Security number or ITIN  xxx–xx–2646 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Natasha S. Goodall | Social Security number or ITIN  xxx–xx–0302 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number: 18–28332–RG

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Corey Goodall

Natasha S. Goodall
fka Natasha Brown

12/20/23

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-28332-RG

Corey Goodall                                                                         Chapter 13

Natasha S. Goodall

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                              Page 1 of 5

Date Rcvd: Dec 20, 2023                     Form ID: 3180W                                    Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Corey Goodall, Natasha S. Goodall, 1767 Van Cortland Ter, Teaneck, NJ 07666-6229 |
| cr | + | Adtalem Global Education, Payment & Account Services, 1221 N Swift Road, Ste 200, Addison, Il 60101-6105 |
| 517815232 | + | Adtalem Global Education/Chamberlain, Payment & Account Services, 1221 N Swift Road, Ste 200, Addison, IL 60101-6105 |
| 517754120 | | Alliance One Receivables Management, Inc, 6565 Kimball Dr Ste 200, Gig Harbor, WA 98335-1206 |
| 517754146 | ++ | FIRST JERSEY CREDIT UNION, ONE CORPORATE DRIVE, WAYNE NJ 07470-3112 address filed with court:, First Jersey Cu, 245 Diamond Bridge Ave, Hawthorne, NJ 07506-1984 |
| 517754147 | | Gurbir S. Grehwal, RJ Hughes Justice Complex, 25 Market St # 80, Trenton, NJ 08611-2148 |
| 517754149 | + | Long Island University, 1 University Plz, Brooklyn, NY 11201-5372 |
| 517754150 | | Massage Envy, 28 W Palisade Ave, Englewood, NJ 07631-2709 |
| 519301658 | + | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 517754153 | | Rubin & Rothman, LLC, 1797 Veterans Hwy, Islandia, NY 11749-1537 |
| 517754154 | | Slater, Tenaglia, Fritz, & Hunt, PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 517754158 | | The Port Authority of NY & NJ, 150 Greenwich St Fl 22, New York, NY 10007-2355 |
| 517754161 | | US Attorney's Office for District of NJ, Attn: Eamon O'Hagen, Esq., 970 Broad St, Newark, NJ 07102-2534 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 21 2023 01:34:00 | CAPITAL ONE Auto Finance a division of Capital One, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Dec 20 2023 20:42:33 | Wilmington Savings Fund Society, FSB, asOwner Tru, AMIP Management, 3020 Old Ranch Parkway, Suite, Seal Beach, CA 90740-2765 |
| 517754119 | | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | Dec 20 2023 20:44:00 | Account Control Technology, Inc, PO Box 9025, Renton, WA 98057-9025 |
| 517754121 | | EDI: URSI.COM | Dec 21 2023 01:34:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 517754122 | | Email/Text: Bankruptcies@nragroup.com | Dec 20 2023 20:44:00 | American Agencies, LLC, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 517754124 | + | EDI: LCIBAYLN | Dec 21 2023 01:34:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 517754123 | + | EDI: LCIBAYLN | | |

District/off: 0312-2 | User: admin | Page 2 of 5
Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 66

| Recipient | Method | Date | Address |
|---|---|---|---|
| | | Dec 21 2023 01:34:00 | Bayview Financial Loan, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 517754125 | + EDI: LCIBAYLN | Dec 21 2023 01:34:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 517875001 | + EDI: LCIBAYLN | Dec 21 2023 01:34:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1839 |
| 517754127 | EDI: CAPITALONE.COM | Dec 21 2023 01:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517754126 | EDI: CAPITALONE.COM | Dec 21 2023 01:34:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517754128 | EDI: CAPONEAUTO.COM | Dec 21 2023 01:34:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517754129 | EDI: CAPONEAUTO.COM | Dec 21 2023 01:34:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517819187 | + EDI: AISACG.COM | Dec 21 2023 01:34:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517767950 | + EDI: AISACG.COM | Dec 21 2023 01:34:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517754132 | EDI: CITICORP | Dec 21 2023 01:34:00 | Citibank, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 517754133 | EDI: CITICORP | Dec 21 2023 01:34:00 | Citibank/The Home Depot, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 518997914 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2023 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517754135 | Email/Text: ebnnotifications@creditacceptance.com | Dec 20 2023 20:43:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 517754134 | Email/Text: ebnnotifications@creditacceptance.com | Dec 20 2023 20:43:00 | Credit Acceptance, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 517754137 | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2023 21:01:22 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517754136 | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2023 20:47:58 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517754142 | EDI: CITICORP | Dec 21 2023 01:34:00 | Dsnb Bloom, PO Box 8218, Mason, OH 45040-8218 |
| 517754143 | EDI: CITICORP | Dec 21 2023 01:34:00 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517754144 | EDI: CITICORP | Dec 21 2023 01:34:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517754163 | EDI: CITICORP | Dec 21 2023 01:34:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517754141 | Email/Text: bankruptcynotices@devry.edu | Dec 20 2023 20:44:00 | DeVry Incorporated, 3005 Highland Pkwy, Downers Grove, IL 60515-5682 |
| 517887462 | EDI: Q3G.COM | Dec 21 2023 01:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517754139 | EDI: MAXMSAIDV | Dec 21 2023 01:34:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517754138 | EDI: MAXMSAIDV | Dec 21 2023 01:34:00 | Dept of Ed/Navient, Attn: Claims Dept, PO Box |

District/off: 0312-2 | User: admin | Page 3 of 5
Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 66

| | | | |
|---|---|---|---|
| | | | 9635, Wilkes Barre, PA 18773-9635 |
| 517754140 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 20 2023 20:48:58 | Dept. of Housing and Urban Devel., Attn: Single Family Branch, 451 7th St SW, Washington, DC 20410-0001 |
| 517754145 | Email/Text: bknotice@ercbpo.com | Dec 20 2023 20:43:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519678776 | + Email/Text: mtgbk@shellpointmtg.com | Dec 20 2023 20:43:00 | Goldman Sachs Mortgage Company, Attn: Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517754148 | EDI: IRS.COM | Dec 21 2023 01:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517754130 | EDI: JPMORGANCHASE | Dec 21 2023 01:34:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 517754131 | EDI: JPMORGANCHASE | Dec 21 2023 01:34:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517794137 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 21:00:37 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517754151 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 20 2023 20:44:00 | NYS Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 517885364 | EDI: MAXMSAIDV | Dec 21 2023 01:34:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518223468 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 20 2023 20:44:00 | New York State, Dept of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 517880603 | EDI: PRA.COM | Dec 21 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517754152 | Email/Text: bankruptcy@rmscollects.com | Dec 20 2023 20:43:00 | Recovery Management Services, Inc, PO Box 505, Linden, MI 48451-0505 |
| 517754155 | EDI: AISSPRINT | Dec 21 2023 01:34:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 517818022 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2023 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517754157 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2023 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxa, PO Box 245, Trenton, NJ 08695-0245 |
| 517754156 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 20 2023 20:43:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 517754162 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 20 2023 20:48:58 | US Dept. of Housing and Urban Devel., 451 7th St SW, Washington, DC 20410-0001 |
| 517754159 | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2023 20:43:00 | United States Attorneys Office - DNJ, attn: Civil Process Clerk, 970 Broad St, Newark, NJ 07102-2534 |
| 517754160 | ^ MEBN | Dec 20 2023 20:42:12 | United States Department of Justice, Hon. Jeff Sessions, Attorney General, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 517754164 | Email/Text: membersolutions@visionsfcu.org | Dec 20 2023 20:43:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760-5415 |
| 519528147 | ^ MEBN | Dec 20 2023 20:42:34 | Wilmington Savings Fund Society, FSB, as |

Owner, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519678775 | | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing |
| 518999833 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997915 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518999834 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 519301659 | *+ | Residential Credit Opportunities Trust VI-A, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519528148 | *+ | Wilmington Savings Fund Society, FSB, as Owner, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Bayview Loan Servicing  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB, asOwner Trustee of the Residential Credit Opportunities Trust VI-B eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |

District/off: 0312-2

Date Rcvd: Dec 20, 2023

User: admin

Form ID: 3180W

Page 5 of 5

Total Noticed: 66

Francis T. Tarlecki

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Kimberly A. Wilson

on behalf of Creditor Goldman Sachs Mortgage Company kimwilson@raslg.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa S DiCerbo

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Scott J. Goldstein

on behalf of Debtor Corey Goodall sjg@sgoldsteinlaw.com
g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

Scott J. Goldstein

on behalf of Joint Debtor Natasha S. Goodall sjg@sgoldsteinlaw.com
g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

Sindi Mncina

on behalf of Creditor Goldman Sachs Mortgage Company smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17