Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28332−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Corey Goodall<br>1767 Van Cortland Ter<br>Teaneck, NJ 07666−6229 | Natasha S. Goodall<br>fka Natasha Brown<br>1767 Van Cortland Ter<br>Teaneck, NJ 07666−6229 |

Social Security No.:
  xxx−xx−2646                                                         xxx−xx−0302

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 26, 2024</u>            <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court